IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 14-11449-DD

JASON LANKHORST,
RACHELLE LANKHORST,
individually and on behalf of all others similarly situated,

                              Plaintiffs-Counter Defendants-
                              Appellants,

versus

INDEPENDENT SAVINGS PLAN COMPANY,
a Florida corporation, d.b.a. ISPC,

                              Defendant-Counter Claimant -
                              Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ORDER:

Appellee's "Motion to Correct Scrivener's Error in Answer Brief" is GRANTED. Appellee is DIRECTED to file with this Court, within seven days of this order, the requisite number of copies of its amended response brief.

Appellants' request to file an amended reply brief is GRANTED. The amendments are limited to the portions of their reply brief that cite, reference, or discuss the portion of Appellee's response brief that contains the scrivener's error. Appellants' amended reply brief is due within seven days of this order.

                                              UNITED STATES CIRCUIT JUDGE